H. Dean Steward SBN 85317
107 Avenida Miramar
Ste. C
San Clemente, CA 92672
949-481-4900
fax 949-496-6753

Attorney for Defendant
ROBERT B. PARSONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA-CR-06-152(A)-DOC |
| Plaintiff, | ORDER RE TERMINATION OF PROBATION/SUPERVISED RELEASE |
| v. | |
| ROBERT B. PARSONS, | |
| Defendant. | |

Good cause appearing therefor:

**IT IS HEREBY ORDERED** that probation/supervised release for defendant ROBERT B. PARSONS shall terminate forthwith.

DATED: June 8, 2011

_/s/ David O. Carter_

Hon. David O. Carter
U.S. District Judge